■ In the Matter of Social Service Employees Union Local 371, on Behalf of its Member, Matthew Opuoru, Appellant, v City of New York et al., Respondents. [4 NYS3d 525]— Order, Supreme Court, New York County (Joan A. Madden, J.), entered on or about August 7, 2014, which denied the petition brought pursuant to CPLR article 75 to vacate an arbitration award, and granted respondents' cross motion to confirm the award, unanimously affirmed, without costs.

The arbitrator, who, upon remand from this Court (100 AD3d 422 [1st Dept 2012]), and pursuant to the stipulation of the parties, was to reconsider the penalty imposed on the employee, did not irrationally or clearly exceed his authority by upholding the penalty of termination imposed by respondents (*Matter of Kowaleski [New York State Dept. of Correctional Servs.]*, 16 NY3d 85, 91 [2010]). Concur—Gonzalez, P.J., Mazzarelli, Saxe, Manzanet-Daniels and Clark, JJ.